# Court of Appeals
# of the State of Georgia

ATLANTA, _November 12, 2024_

*The Court of Appeals hereby passes the following order:*

## A25A0604. JOHNNY C. COOKSEY v. CELESTINE JONES, AS EXECUTOR FOR THE ESTATE OF EMMA T. HORNE, DECEASED.

Johnny C. Cooksey filed a complaint to foreclose on a lien, and the trial court dismissed the complaint on November 11, 2021. In June 2022, Cooksey moved to set aside the dismissal order under OCGA § 9-11-60 (d). The trial court denied the motion, and Cooksey filed this appeal. We, however, lack jurisdiction.

To appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d), Cooksey was required to file an application for discretionary appeal. See OCGA § 5-6-35 (a) (8), (b); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116-117 (640 SE2d 688) (2006). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Accordingly, Cooksey's failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _11/12/2024_

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*